Nov. Term, 1824.

JOHN
v.
HUNT.

---

## John, Administrator *v.* Hunt and Another.

Scire facias against an administrator to foreclose a mortgage of the intestate. *Held*, that the heirs of the mortgagor, if there were any, should have been parties: if there were none, the record should have shown that fact.

Wednesday, November 17.

ERROR to the *Franklin* Circuit Court.

HOLMAN, J.—*Drew*, in his life-time, mortgaged certain lands to *N.* and *A. Hunt*, for securing the payment of a certain sum of money. After the decease of *Drew*, the money remaining un-

paid, the *Hunts* sued out a scire facias against *John*, administra-
tor of *Drew*, to foreclose the mortgage; on which the plaintiffs
obtained a judgment by default.   The only question arising out
of the case is, whether the heirs of *Drew* should not have been
made parties in the scire facias.   It is not to be presumed that
a man dies without heirs.   If such is the fact it must be shown.
The equity of redemption belongs of right to the heir of the
mortgagor; and he should be a party in any proceedings to fore-
close the mortgage.   Such is the *British* practice; and we see
nothing in our acts of assembly which requires this practice to
be changed.

 *Per Curiam.*—The judgment is reversed with costs.   To be
certified, &c.

 *Caswell*, for the plaintiff.
 *Nelson*, for the defendants.